**No. 48100.**—Protest 794472–G of Amerlux Steel Corp. (Seattle).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) and (9 Cust. Ct. 120, C. D. 673) the claim for free entry under paragraph 1604 was sustained.

**No. 48101.**—Protest 911990–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel brass base shells, similar to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), were held dutiable as claimed, as articles having as an essential feature an electrical element or device, such as signs, at 35 percent under paragraph 353; and paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) were held dutiable as household utensils at 40 percent under paragraph 339, as claimed.

**No. 48102.**—Protest 915354–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim under paragraph 1504 (b) (1) was sustained.

BEFORE THE FIRST DIVISION, MARCH 15, 1943

**No. 48103.**—Protests 980988–G, etc., of Kneeland Lumber Co., Inc., et al. (Portland, Maine).

Opinion by WALKER, J. At the trial counsel for the parties stipulated that the merchandise was the same in all material respects as that the subject of *Pacific Customs Brokerage Co.* v. *United States* (5 Cust. Ct. 146, C. D. 387), which involves certain sticks. The record in that case was incorporated herein. At a later hearing samples of the merchandise in question were received in evidence as collective exhibit 1. On the record presented and following the cited case the claim for free entry under paragraph 1803 was sustained, but the merchandise was held subject to tax under the internal revenue act as amended.